STATE OF NEW JERSEY v. CRAIG HART.

June 27, 1989.

Petition for certification denied.

DAVID A. PALACIOS v. GIBRALTAR
CONSTRUCTION COMPANY.

June 27, 1989.

Petition for certification denied.

ROBERT E. ANDREWS, ETC., ET AL. v. THOMAS H. KEAN, ETC.,
ET AL.

June 27, 1989.

Petition for certification denied.

JOHN FERRANTE, ET AL. v. ROBERT B. BLACKMAN, ET AL.

JOHN FERRANTE, ET AL. v. GROVELAND DEVELOPMENT CO.,
ET AL.

June 27, 1989.

Petition for certification denied.